CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO SHERFIELD,<br><br>        Plaintiff,<br><br>    v.<br><br>ROIC PARAMOUNT PLAZA, LLC, a Delaware Limited Liability Company; 99 CENTS ONLY STORES LLC, a California Limited Liability Company; and Does 1-10,<br><br>        Defendants. | **Case:** 2:20-cv-08016-FMO-AFM<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Ricardo Sherfield, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants ROIC Paramount Plaza, LLC and 99 Cents Only Stores LLC has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: November 13, 2020     CENTER FOR DISABILITY ACCESS


                             By:    /s/ Amanda Seabock
                                  Amanda Seabock
                                  Attorneys for Plaintiff