CENTER FOR DISABILITY ACCESS
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL  DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO SHERFIELD,<br><br>          Plaintiff,<br><br>     v.<br><br>ROIC PARAMOUNT PLAZA, LLC, a Delaware Limited Liability Company; 99 CENTS ONLY STORES LLC, a California Limited Liability Company; and Does 1-10,<br><br>          Defendants. | **Case No.** 2:20-cv-08016-FMO-AFM<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

Please take notice that Amanda Seabock of the firm Center for Disability Access, 8033 Linda Vista Road, Suite 200, San Diego, CA 92111, hereby appears as counsel on behalf of Plaintiff RICARDO SHERFIELD. All pleadings and other documents served on RICARDO SHERFIELD should also be directed to the attention of Amanda Seabock.

Dated: November 13, 2020              CENTER FOR DISABILITY ACCESS

                                         By: /s/ Amanda Seabock
                                              Amanda Seabock
                                              Attorney for Plaintiff

1